| | |
|---|---|
| Baltimore County<br>Office of Law | 400 Washington Avenue<br>Towson, Maryland 21204<br>410-887-4420<br>Fax: 410-296-0931 |

May 17, 2000

*RECEIVED IN THE OFFICE OF ANDRE M. DAVIS MAY 18 2000 UNITED STATES DISTRICT JUDGE*

**HAND DELIVERED**

The Honorable Andre M. Davis
United States District Court for
 the District of Maryland
U. S. Court House
101 W. Lombard Street
Baltimore, Maryland 21201-2691

*___FILED ___ENTERED*
*___LODGED ___RECEIVED*
*MAY 17 2000*
*CLERK U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*
*BY _____ DEPUTY*

    RE: *Anthony S. Espinosa, Jr. v. Baltimore County, Maryland*
         Case No. AMD 00463

Dear Judge Davis:

    Our office is in receipt of the Complaint filed in the above-referenced action. Unfortunately, our office was not aware of this Complaint until we returned a call from Fran Kessler, Staff Attorney, U. S. District Court, who informed us that a Return Receipt card was signed by "Fosbrinks" of the Baltimore County Fire Department on April 13, 2000. Rather than make any attempt to challenge service, we will accept service and request an extension until June 6, 2000 to respond to the Complaint. We apologize for any inconvenience.

    Thank you for your attention in this regard.

                                        Very truly yours,

                                        GREGORY E. GASKINS
                                        Assistant County Attorney

GEG:ak

So Ordered this __18th__ day of __May__, 2000.

                                        _____
                                        U. S. DISTRICT COURT JUDGE

cc:    Anthony J. Espinosa, Jr.


Printed with Soybean Ink on Recycled Paper