IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY S. ESPINOSA, JR., | : | |
|    Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 00-463 |
| | : | |
| BALTIMORE COUNTY, MD, | : | |
|    Defendant | : | |

...o0o...

## MEMORANDUM

In a handwritten pro se complaint on a form provided by the Clerk, which is accompanied by a typed statement providing some of the details surrounding certain disciplinary actions taken against him, plaintiff, an employee of Baltimore County, filed employment discrimination claims against "Baltimore County Fire Department." Noting that its fire department is not capable of being sued, Baltimore County has moved to dismiss. Also, noting that the plaintiff was born in 1976 and is therefore not a protected person under the Age Discrimination in Employment Act, defendant moved to dismiss any ADEA claim.

The County's motion is well-taken. Accordingly, its motion shall be granted in part. The Clerk will be directed to correct the name of the defendant to reflect that it is the County that is being sued. Also, any age discrimination claims shall be dismissed with prejudice. The case shall go forward with respect to plaintiff's claims of race discrimination, and a scheduling order is issued herewith.

                                                            /s/
                                              ANDRE M. DAVIS
                                              United States District Judge

