IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY S. ESPINOSA, JR.,  :
   Plaintiff  :
  :
v.  :  Civil No. AMD 00-463
  :
BALTIMORE COUNTY, MD,  :
   Defendant  :

...o0o...

ORDER

For the reasons set forth in the foregoing memorandum, it is this 7th day of June, 2000, by the United States District Court for the District of Maryland, ORDERED

(1)   That the motion to dismiss is GRANTED IN PART AND DENIED IN PART; and it is further ORDERED

(2)   That the Clerk is directed to correct the name of the defendant to BALTIMORE COUNTY, MD; and it is further ORDERED

(3)   That the claim for age discrimination is DISMISSED WITH PREJUDICE; and it is further ORDERED

(4)   That defendant shall file an answer to the complaint on or before June 28, 2000; and it is further ORDERED

(5)   That the Clerk shall TRANSMIT copies of this Order and the foregoing memorandum to plaintiff pro se and to counsel.

_____
ANDRE M. DAVIS
United States District Judge