IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY S. ESPINOSA,<br>Plaintiff | * | |
| | * | |
| vs. | | Civil No.: AMD 00-463 |
| | * | |
| BALTIMORE COUNTY, MD<br>Defendant | * | |

\*\*\*\*\*\*

## SCHEDULING ORDER

Defendant has been ordered to file an answer to plaintiff's complaint. The plaintiff is proceeding <u>pro se</u> (representing her or himself). The following schedule shall control the progress of the case:

### I. Discovery

All depositions and other discovery shall be completed by <u>October 2, 2000</u>. Interrogatories (a series of written questions to be answered in writing under oath) and requests for production of documents must be served on the opposing party sufficiently early to insure that they are answered prior to this discovery deadline.[1]

### II. Status Report

The parties shall file by <u>October 2, 2000,</u> a status report discussing: (1) whether or not discovery has been completed; (2) whether or not any motions are pending; (3) whether or not any party intends to file motions; (4) the anticipated length of trial; and (5) the possibility that the

---

[1] Local Rule 104.5 requires that discovery requests are <u>not</u> to be filed with this Court.

Copies of Fed. R. Civ. P. 30, 33, and 34 are enclosed for the plaintiff.

case will be settled.

### III. Summary Judgment Motions

All motions for summary judgment shall be filed on or before October 30, 2000. These motions, along with any supporting papers, are filed by either party that chooses to do so asserting that there is no genuine dispute of material fact in regard to the claims before this Court. After motions and responses to those motions have been filed, the Court will advise the parties if a hearing is to be scheduled.

### IV. Changes in Schedule

No changes in the schedule set forth herein will be permitted, unless authorized by the Court for good cause shown.

### V. Service Requirement

All papers filed with the Court other than the original complaint must bear a certificate of service by counsel or the pro se plaintiff stating that each of the parties has been sent a copy of that paper by mail.

The Clerk of the Court SHALL MAIL a copy of this Order to the plaintiff pro se and to defense counsel.

Date: June 7, 2000

Andre M. Davis
United States District Judge