IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY S. ESPINOSA, JR.,

  Plaintiff

v.    CIVIL ACTION NO. AMD 00463

BALTIMORE COUNTY, MARYLAND,

  Defendant

\* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION OF TIME

Now comes Defendant, Baltimore County, Maryland, through undersigned counsel, and hereby requests an extension of the present deadlines to complete discovery and file a motion for summary judgment. Baltimore County alleges the following in support:

1. On June 7, 2000, this Court issued a Scheduling Order for depositions and other discovery to be completed by October 2, 2000.

2. Although Plaintiff has substantially answered Defendant, Baltimore County's, Interrogatories with the exception of one (1) Interrogatory, Plaintiff has yet to fully respond to Baltimore County's Request for Production of Documents.

3. Plaintiff has stated he needs more time to provide medical records of his treatment.

4. Once Baltimore County receives these records, it is anticipated the health care providers will be deposed.

5. Plaintiff agrees with said Request for Extension of Time.

6. In light of the aforementioned request, it is also requested that the deadline to file a Motion for Summary Judgment be extended 60 days, through and including December 29, 2000.

7. The requested extension will not unduly delay these proceedings.

WHEREFORE, Baltimore County requests that this Court revise its June 7, 2000 Scheduling order and extend the discovery deadline to December 1, 2000, and the deadline for summary judgment motions through and including December 29, 2000.

Respectfully submitted,

VIRGINIA W. BARNHART
County Attorney

*/s/ Gregory E. Gaskins*
GREGORY E. GASKINS
Trial Bar No. 08834
Assistant County Attorney
Old Courthouse, 2nd Floor
400 Washington Avenue
Towson, Maryland 21204
(410) 887-4420

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2000, a copy of Defendant Baltimore County's Motion for Extension of Time was mailed, postage prepaid, to:

Anthony S. Espinosa, Jr.
5925 Chinquapin Parkway
Baltimore, Maryland 21239

*/s/ Gregory E. Gaskins*
GREGORY E. GASKINS
Trial Bar No. 08834
Assistant County Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October, 2000, a copy of the foregoing was mailed, postage pre-paid, to:

Anthony S. Espinosa, Jr.
5925 Cinquapin Parkway
Baltimore, Maryland 21239

*Gregory E. Gaskins*
GREGORY E. GASKINS
Trial Bar No. 08834
Assistant County Attorney