IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY S. ESPINOSA,   :
   Plaintiff   :
  :
   v.   :   CIVIL NO. AMD 00-463
  :
BALTIMORE COUNTY, MARYLAND:
   Defendant   :
  :

...o0o...

ORDER

The Motion for Extension of Time filed by defendant has been read and considered. Apparently, the discovery that has not yet been received from plaintiff, "medical records," relates solely to the issue of damages in this race discrimination claim in which the plaintiff is appearing pro se. For good and sufficient reason, the motion for extension of time shall be denied, provided that plaintiff shall comply with his discovery obligations and deliver the information to promptly. The dispositive motion deadline remains December 29, 2000.

It is, therefore, this 4th day of December, 2000, ORDERED

(1) The motion of defendant for extension of time is DENIED; and it is further ORDERED

(2) The Clerk is directed to TRANSMIT a copy of this order to all counsel and to plaintiff pro se.

ANDRE M. DAVIS
United States District Judge

