IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANTHONY S. ESPINOSA, :
    Plaintiff :
     :
v. : CIVIL NO. AMD 00-463
     :
BALTIMORE COUNTY, :
MARYLAND, :
    Defendant :

...oOo...

ORDER

In accordance with the foregoing Memorandum, it is this 19th day of January, 2001, by the United States District Court for the District of Maryland,

    (1)    ORDERED that the motion for summary judgment is GRANTED; and it is further ORDERED

    (2)    That JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT; and it is further ORDERED

    (3)    That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to Mr. Espinosa and to counsel of record.

ANDRÉ M. DAVIS
United States District Judge


